William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

NOTE: CHANGES MADE BY THE COURT

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAROL ANN GONDER,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>          Defendant. | CASE NO.: 2:19-cv-09469-JPR<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FOUR THOUSAND FIFTY-FIVE DOLLARS AND ELEVEN CENTS ($4,055.11) and FOUR HUNDRED DOLLARS ($400.00) in costs, subject to the terms of the stipulation.

DATED: June  15, 2020

_____
The Honorable Jean P. Rosenbluth
United States Magistrate Judge

-1-